IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK BROWN,**<br>Plaintiff,<br>**v.**<br>**EFRAIN GONZALEZ,**<br>Defendant. | Case No. 3:26-cv-01732-CRB<br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME** |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendant Gonzalez's request for an extension of time to file his responsive pleading and to file his dispositive motion is GRANTED. Defendant's deadline to file a responsive pleading is October 9, 2026, and his deadline to file a dispositive motion is December 10, 2026.

Dated: September 3, 2026

The Honorable Charles R. Breyer